IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02688-PAB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$1,500,000.00 IN UNITED STATES CURRENCY,

      Defendant.

---

## FINAL ORDER OF FORFEITURE

---

      This matter comes before the Court on the United States' Uncontested Motion for Final Order of Forfeiture [Docket No. 11]. The Court having read the motion and being fully advised in the premises finds that:

      The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881.

      Publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions.

      After notice, there have been no third party claims, answers, or other responsive pleadings filed in this matter, and thus, there are no claimants contesting forfeiture of the defendant property.

      As part of a global settlement regarding a total of $10,090,994.47 in United States currency seized from Osamah Barakat and Samer Barakat, and as set forth in the Consent to Forfeiture entered into by the parties, the United States and the interested parties have agreed that upon entry of the Final Order of Forfeiture herein,

the defendant property, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881.

Based upon the facts and verification set forth in the Verified Complaint [Docket No. 1], it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

The Clerk of Court shall be directed to enter Judgment as to the defendant $1,500,000.00 in United States currency.

NOW, THEREFORE, IT IS ORDERED that:

1. Forfeiture of defendant $1,500,000.00 in United States currency, including all right, title, and interest, is hereby entered in favor of the United States;

2. The United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

3. This Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

4. The Clerk of Court is directed to enter Judgment as to defendant $1,500,000.00 in United States currency.

DATED March 15, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge